DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DILLON DIETRICH PIZZARELLO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1334

_____

November 21, 2025

Appeal from the Circuit Court for Manatee County; Teresa Kaklis Dees and Lon Arend, Judges.

Chris M. Pratt of Chris M. Pratt, P.A., Palmetto, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.